UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 10-22890-CIV-MOORE/SIMONTON

GEORGE SCHELL, as Father and
Natural guardian, LORENA SCHELL,
as Mother and Natural Guardian
and JANE DOE, a minor child,

    Plaintiffs,

v.

CARNIVAL CORPORATION,

    Defendant.
_____/

## FINAL REPORT OF MEDIATION

A mediation conference for the above referenced matter was held on February 17, 2011 with Mediator KAREN EVANS and on February 18, 2011 with Mediator LAURIE RIEMER. The mediation was continued thereafter for the parties to speak via telephone.

_____ There was an impasse.

_____ A partial agreement was reached.

__X__ A complete agreement was reached CONDITIONAL UPON GUARDIANSHIP APPROVAL

_____ The mediation was continued until _____

March 3, 2011
Date

_____
KAREN EVANS, ESQUIRE
Mediator